OPINION — AG — ** STATE BARBER BOARD — PRICE SETTING ** NEITHER THE STATUTE MENTIONED (59 O.S. 102 [59-102]) NOR THE RULE QUOTED BY YOU IN YOUR LETTER IS BEING VIOLATIVE. (QUESTION: DOES 59 O.S. 102 [59-102] OF THE OKLAHOMA BARBER LAW GIVES THE BOARD TO POWER TO ESTABLISH MINIMUM PRICES FOR BARBER WORK IN CITIES (OR TOWNS) OF MORE THAN ONE THOUSAND POPULATION ? — NEGATIVE CITE: 59 O.S. 102 [59-102] (FRED HANSEN)